STATE OF CONNECTICUT *v.* JEFFREY MEMBRINO
(9230)

SPALLONE, LAVERY and LANDAU, Js.

Argued February 5—decision released February 19, 1991

*A. Paul Spinella,* with whom, on the brief, was *Susan V. Tirrell,* law clerk, for the appellant (defendant).

*Michael E. O'Hare,* deputy assistant state's attorney, with whom, on the brief, were *Frank S. Maco,* state's attorney, and *Marcia B. Smith,* assistant state's attorney, for the appellee (state).

PER CURIAM. The defendant appeals from his conviction after his entry of guilty pleas to three counts of sale of narcotics in violation of General Statutes § 21a-277 (a).

Our review of the record, transcripts and briefs clearly indicates that the canvasses undertaken by the trial courts and their determinations that the guilty pleas of the defendant were intelligently and voluntarily made were fully in accord with Practice Book § 711. See also *Boykin* v. *Alabama,* 395 U.S. 238, 89 S. Ct. 1709, 23 L. Ed. 2d 264 (1969); *Sherbo* v. *Manson,* 21 Conn. 172, 572 A.2d 378, cert. denied, 215 Conn. 808, 809, 576 A.2d 539 (1990).

The judgment is affirmed.